| | |
|---|---|
| 1 | GENE J. GOLDSMAN (SBN 76554) |
|   | EVAN A. BLAIR (SBN 228364) |
| 2 | LAW OFFICES OF GENE J. GOLSDMAN |
|   | 501 Civic Center Drive West |
| 3 | Santa Ana, CA 92701 |
|   | Telephone:  714.541.3333 |
| 4 | Facsimile:   714.541-0456 |
|   | Email:        Gene@GJGlaw.com |
| 5 |                    Evan@GJGlaw.com |
| 6 | Attorneys for Plaintiff, Kimberley Endicott |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | KIMBERLEY ENDICOTT, | Case No. 8:21-cv-00559-JVS-ADS |
| 12 |      Plaintiff, | **PLAINTIFF KIMBERLEY ENDICOTT MOTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) ON DEFENDANT, WILD FRONTIERS** |
| 13 | v. | |
| 14 | NATURAL WORLD SAFARIS, LTD.; WILD FRONTIERS USA, INC. A/K/A WILD FRONTIERS ADVENTURE TRAVEL, DOES 1 to 100, | |
| 15 | | |
| 16 | | |
| 17 |      Defendant. | [*Concurrently Filed With The Declaration Of Evan A. Blair, Esq. In Support Of Plaintiff, Kimberley Endicott's Status Of Service Of Summons On Overseas Defendants And Request To Continue The Court's Scheduling Conference Dated June 21, 2021*] |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | Date:   June 21, 2021 |
| 22 | | Time:   8:30 a.m. |
|    | | Judge:  Hon. James V. Selna |
| 23 | | Court:  10 C |
| 24 | | Complaint filed:   March 26, 2021 |
|    | | Scheduling Conference:  June 21, 2021 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | PLAINTIFF KIMBERLEY ENDICOTT MOTION REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY)  ON DEFENDANT, WILD FRONTIERS | |

Comes now, plaintiff, KIMBERLY ENDICOTT ("plaintiff") who hereby requests the court for International Judicial Assistance by way of court order:

**REQUEST FOR INTERNATIONAL JUDICAL ASSISTANCE**

(**LETTERS ROGATORY**)

The United States District Court, The Central District Court of California, presents its compliments to the appropriate judicial authority of South Africa, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial of South Africa, and requests international judicial assistance to effect service of process to be used in a civil proceeding before this court in the above captioned matter.

This court requests the assistance described herein as necessary in the interest of justice. The assistance requested is that the appropriate judicial of South Africa effect service upon the below name defendants:

Wild Frontiers

122 Rena Road, Kyalami Agricultural Holdings

Johannesburg, 1684

South Africa

The documents to be served are listed as follows: summons in a civil action, declarations page, and Plaintiff Kimberley Endicott's ("plaintiff")

complaint for Negligence, Battery, Assault, Intentional Infliction of emotional Distress, False Imprisonment, Negligent Contact, Breach of Contract, Fraudulent Concealment, and 28 U.S.C. § 1350 Alien Tort Claims Act.

This Request for Judicial Assistance is brought by the plaintiff, who states that this is an action for Negligent Contact, Battery, Assault, Intentional Infliction of Emotional Distress, False Imprisonment, Negligent Contact, Breach of Contract, Fraudulent Concealment, 28 U.S.C. § 1350 Alien Tort Claims Act, in relation to the kidnapping of the plaintiff while on safari in Uganda, operated by Wild Frontiers.

This Request is made in accordance with the following state statute:

28 U.S. Code § 1781

and

Title 22 Foreign Relations, Chapter 1, Department of States, sec. 92.54 (on Letters Rogatory).

This Court States that it shall provide similar assistance to the appropriate judicial Authority of South Africa.

This Court states that it shall provide similar assistance to the appropriate judicial authority of South Africa.

This court states that it shall compel plaintiff to reimburse South Africa for the expenses it incurs in the execution of this International Judicial Assistance (Letter Rogatory).  An order is sought by this court.

3

Dated: June 11, 2021         **LAW OFFICES OF GENE J. GOLDSMAN**


By: _____/s/_____
    GENE J. GOLDSMAN, ESQ.
    EVAN A. BLAIR, ESQ.
    Attorneys for Plaintiff
    KIMBERLEY ENDICOTT

4