1  GENE J. GOLDSMAN (SBN 76554)
   EVAN A. BLAIR (SBN 228364)
2  LAW OFFICES OF GENE J. GOLSDMAN
   501 Civic Center Drive West
3  Santa Ana, CA 92701
   Telephone:  714.541.3333
4  Facsimile:   714.541-0456
   Email:       Gene@GJGlaw.com
5                Evan@GJGlaw.com

6  Attorneys for Plaintiff, Kimberley Endicott

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLEY ENDICOTT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NATURAL WORLD SAFARIS, LTD.; WILD FRONTIERS USA, INC. A/K/A WILD FRONTIERS ADVENTURE TRAVEL, DOES 1 to 100,<br><br>　　　　　Defendant. | Case No. 8:21-cv-00559-JVS-ADS<br><br>**DECLARATION OF EVAN A. BLAIR, ESQ. IN SUPPORT OF PLAINTIFF, KIMBERLEY ENDICOTT'S STATUS OF SERVICE OF SUMMONS ON OVERSEAS DEFENDANTS AND REQUEST TO CONTINUE THE COURT'S SCHEDULING CONFERENCE DATED JUNE 21, 2021**<br><br>[*Filed Concurrently with Plaintiff's "Request for International Judicial Assistance (Letters Rogatory) for South African based Defendant, Wild Frontiers USA, Inc. A/K/A/ Wild Frontiers Adventure Travel Ltd.*"]<br><br>Date:　　June 21, 2021<br>Time:　　8:30 a.m.<br>Judge:　 Hon. James V. Selna<br>Court:　 10 C<br><br>Complaint filed:  March 26, 2021<br>Scheduling Conference:  June 21, 2021 |

DECLARATION OF EVAN A. BLAIR, ESQ. IN SUPPORT OF PLAINTIFF, KIMBERLEY
ENDICOTT'S STATUS OF SERVICE OF SUMMONS ON OVERSEAS DEFENDANTS
AND REQUEST TO CONTINUE THE COURT'S SCHEDULING CONFERENCE DATED
JUNE 21, 2021

## **DECLARTION OF EVAN A. BLAIR, ESQ.**

I, Evan A. Blair, Esq. declare as follows:

1. I am an attorney licensed to practice law in the State of California. I am further admitted to practice in the Federal Central District of the State of California. The facts contained in this declaration are from my personal knowledge. If called upon to testify to them I could and would do so competently.

2. I am an attorney at the law firm of Law Offices of Gene J. Goldsman. This law firm represent the captioned plaintiff, Kimberly Endicott.

3. The above captioned case was a kidnapping case overseas in which plaintiff was kidnapped by a notoriously known group of Ugandan terrorists within the Nation of Uganda, Africa. Plaintiff was traveling on a vacation Safari through the first two captioned defendants, a) Natural World Safaris and b) Wild Fronters UA, Inc. A/K/A Wild Frontiers Adventure, Ltd.

4. The remaining defendants are individuals believed to reside in Uganda and adjacent nearby African nations. Defendants, Jean Paul Mirenge-Remezo, was plaintiff's Uganda tour guide who is alleged to have been a co-conspirator with the remaining defendants.

5. The remaining defendants are notorious terrorists known internationally. Joseph Kony ("Kony") and Dominic Ongwen ("Ongwen") are members of defendant, Lords Resistance Army ("LRA"). The latter of which is a internationally known terrorist organization as detailed in the complaint and

attached complaint exhibits. The defendants LRA/Kony have been at war with the Uganda government. The US President, Barack O'Bama administration has been searching for Joseph Kony and the LRA for years. The US President, Donald Trump administration called off the global manhunt search for defendant, Joseph Kony and the LRA. These are discussed in the complaint's exhibits.

6. The complaint was filed near the eve of the two year statute of limitations for personal injury within the State of California to error on the side of caution as the terrorist kidanapping of plaintiff in Urganda occurred on April 2, 2019 through April 7, 2019.

7. It is highly likely that pursuant of the individual named defendants and The Lords Resistance Army for service of summons would be futile from a due process standpoint and economic standpoint. I and Mr. Gene J. Goldsman, Esq. are to meet with plaintiff to discuss letting these defendants out via dismissal without prejudice. This leaves the first two captioned defendants. Who upon further investigation have slightly different names as *idem sonans*. *International Brotherhood of Electrical Workers v. Hyland Wilson Electrical Contractors*, 689 F.Supp. 995 (ND Cal., 1987)

8. On or about April 26, 2021, Our law firm retained Ancillary Legal Corporation out of Atlanta, Georgia to help our plaintiff both navigate and effectuate service on the two believed to be serviceable captioned defendants , Wild Frontiers and Natural World Safaris, which are now confirmed to be Overseas based foreign business entities.

**STATUS OF SERVICE OF SUMMONS ON CAPTIONED**

**DEFENDANT #2, "WILD FRONTIERS"**

9. The post-complaint filing research revealed that captioned defendant #2, **Wild Frontiers USA, Inc. a/k/a Wild Frontiers Adventure Travel, Ltd.,** This defendant has been actually identified officially as, "Wild Frontiers, *Ltd.*" (hereafter, "**Wild Frontiers**" or WF) seen at this Internet url: **https://www.wildfrontiers.com/** and **https://www.wildfrontiers.com/uganda-guides/**

   This #2 captioned defendant, Wild Frontiers, has been discovered to be a *South African* based entity within the continent of Africa. Wild Frontiers is involved in and provided Safari related services for overseas travelers like plaintiff alongside and in conjunction with captioned defendant #1 discussed below. This overseas defendant entity, WilSouth African, Continent of Africa, business entity, is not a member of the Hague Convention for purposes of service of summons.

10. It was discovered that the USA based entity believed to be located in Sparks, Nevada, were served on or about April 29, 2021. It was discovered shortly after that Nevada entity service of summons, that the Nevada entity were not the proper entity sought in this lawsuit, but instead were a similarly named Wild Frontiers named entity.

11. Plaintiff now files their *"Request for International Judicial Assistance (Letters Rogatory) for Defendant, Wild Frontiers USA, Inc. A/K/A/ Wild Frontiers Adventure Travel Ltd.*" For service within the nation of South Africa. A court order is necessary to effectuate service by way of Letters Rogatory on a non-Hague Convention defendant. Plaintiff has filed this Request/Motion concurrently with this declaration.

12. I am informed by our representatives at Ancillary Legal Corporation that service of Wild Frontiers will take an additional 90 days minimum once this court signs an order authorizing International Judicial Assistance to have the letters rogatory prepared and served on the South African Central Authority / Wild Frontiers entity.

13. Plaintiff requests the court's scheduling conference be continued to a date in the future or in the alternative status conference set regarding service on the overseas entity defendants.   The approximate total costs of service is about $3,400.

## STATUS OF SERVICE OF SUMMONS OF CAPTIONED DEFENDANT #1, "NATURAL WORLD SAFARIS"

14. Captioned #1 defendant #1, Natural World Safaris, Ltd. ("Natural World Safaris" or NWS) worked in conjunction with captioned defendant #2 (Supra) in organizing, arranging and managing plaintiff's Safari "adventure" in Uganda.  This entity was discovered to be a **United Kingdom** (UK) based entity believed to be located in the nation of England:   Natural World Safaris, 130A Western Road, 2nd Floor Office, Brighton, BN1 2LA *and* 71 Graham Road, Worcester, WR14 2JS with email:  sales @naturalworldsafris.com.   The relevant Natural World Safaris captioned defendant #1, Internet url is believed to be:
**https://www.naturalworldsafaris.com/contact-us**

15. The Natural World Safaris defendant #1 entity is a UK entity and is members of the Hague Convention for purposes of service of summons. The preparation and service of the Letters Rogatory on this UK based entity

will take approximately 90 days.  The approximate costs are estimated to be $800.

16. Plaintiff requests the court's scheduling conference be continued to a date in the future or in the alternative status conference set regarding service on the overseas entity defendants.

## CONCLUSION

17. Plaintiff respectfully requests an order from this court to international judicial assistance (letters rogatory) arising from the request/motion, filed concurrently with this declaration.

18. Plaintiff also respectfully requests the court continue the June 21, 2021 scheduling conference to a date in the future and or set a status conference regarding the status of service of the two overseas defendant entities based in South Africa and the UK.

19. Again, our services agent Ancillary Legal based out of Georgia believes another 90 days is necessary including the courts signed order for the South African defendant Wild Frontiers.

I declare under penalty of perjury under the Laws of the United State of America, that the foregoing is true and correct.

Dated:   June 14, 2021

_____/s/_____
Evan A. Blair, Esq., declarant