JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Kimberly Endicott, | ) | SACV 21-00559JVS(ADSx) |
| Plaintiff, | ) ) ) | ORDER OF DISMISSAL FOR |
| v. | ) ) | LACK OF PROSECUTION |
| Natural World Safaris, Ltd, et al, | ) ) ) | |
| Defendants. | ) ) | |

The Court having issued an Order to Show Cause re Dismissal for Lack of Prosecution on January 7, 2022, and no response to the Order to Show Cause having been filed, and no answer by defendant or request for entry of default having been filed in this action as to any of the defendants,

IT IS HEREBY ORDERED that this action is dismissed, without prejudice, for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: February 2, 2022

_____
James V. Selna
United States District Judge